IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| NERGES NEKOEEI, : <br> : <br> Plaintiff, : <br> : CIVIL ACTION NO. <br> v. : 1:25-CV-3208-AT <br> : <br> ANGELICA ALFONSO-ROYALS, *et al.*, : <br> : <br> : <br> Defendants. : | |

## **ORDER**

This matter comes before the Court upon Defendants' Consent Motion for Enlargement of Time. [Doc. 10]. Defendants state that they are requesting a 60-day extension of time in which to file a responsive pleading to Plaintiff's Complaint, through and including March 2, 2026. [*Id.* at 1].

However, the requested extension is much longer than 60 days. On August 6, 2025, the Court granted Defendants' previous consent motion for a 60-day extension of their original responsive pleading deadline of August 12, 2025, setting a deadline of October 13, 2025 for Defendants to answer or otherwise respond to the Complaint. (Doc. 7). Under Administrative Order 25-01, the case was then administratively stayed due a lapse of appropriations from October 1 to November 13, 2025. (Docs. 8; 9). When the stay was lifted, the Court ordered that "[a]ll deadlines in place as of October 1, 2025, in cases stayed by Administrative Order 25-01 are hereby **EXTENDED** by 46 days." (Doc. 9 at 2). Therefore, the October 13 deadline was extended by 46 days, to November 28, 2025. That is the

current deadline for Defendants to answer or otherwise respond to the Complaint. A 60-day extension of that deadline would result in a new deadline of January 27, 2026. The requested extension from November 28, 2025 until March 2, 2026, on the other hand, is 94 days.

The Court acknowledges that, as explained in the consent motion, Plaintiff's interview with USCIS for her asylum application is scheduled for December 30, 2025. [Doc. 10 at 4]. The requested March 2, 2026 deadline would afford Defendants 60 days after *that* date to file an answer or other response to the Complaint. The scheduling of the USCIS interview represents a positive step in the parties' efforts to resolve their dispute without the need for further Court intervention. The Court sees no benefit in placing barriers in the way of those efforts. Therefore, the Court will **GRANT** the requested 94-day extension. Defendants must file an answer or otherwise respond to Plaintiff's Complaint by **March 2, 2026**. However, Defendants are cautioned that the Court is unlikely to find good cause to grant any further extensions of this deadline, which has now been extended by over six months in total.

It is **SO ORDERED** this 25th day of November, 2025.

_____
**Amy Totenberg
United States District Judge**