IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| NARGES NEKOEEI | |
| PLAINTIFF, | Civil Action No. |
| v. | 1:25-cv-03208-AT |
| ANGELICA ALFONSO-ROYAL, ET AL., | |
| DEFENDANTS. | |

ORDER

Having read and considered Defendants' Motion for Enlargement of Time, and for good cause shown, it is hereby ORDERED that Defendants' shall be granted an extension of time to file an answer or otherwise respond to Plaintiff's Complaint through and including May 1, 2026.

SO ORDERED this 2nd day of March, 2026.

_____
**AMY TOTENBERG**
**UNITED STATES DISTRICT JUDGE**

Presented By:
*/s/ Rodney H. Atreopersaud*
RODNEY H. ATREOPERSAUD
*Assistant United States Attorney*
Georgia Bar No. 309454